UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TIA MARIA TREVINO<br><br>Defendant. | CASE NO. CR03-516-JCC<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An initial hearing on supervised release revocation in this case was scheduled before me on June 13, 2008. The United States was represented by AUSA Norman M. Barbosa and the defendant by Jennifer E. Horwitz. The proceedings were digitally recorded.

Defendant had been sentenced on or about June 18, 2004 by the Honorable John C. Coughenour on a charge of Bank Fraud, and sentenced to 12 months and one day in custody, 5 years supervised release. (Dkt. 56.)

The conditions of supervised release included the standard conditions plus the requirements that defendant be prohibited from possessing a firearm, submit to drug testing, submit to search, participate in a mental health program, pay restitution in the amount of $56,799.02, provide access

to financial information, maintain a single checking account for all financial transactions, provide information about any business interests, disclose all assets and liabilities, be prohibited from obtaining any new credit without permission, be restricted from employment with access to cash or negotiable instruments, and not possess any identification documents in any but defendant's true identity.

In an application dated May 16, 2008 (Dkt. 78), U.S. Probation Officer Jerrod Akins alleged the following violations of the conditions of supervised release:

1. Committing the crime of theft on May 6, 2008, in violation of the general condition that she not commit another federal, state or local crime.

2. Associating with a person engaged in criminal activity on May 6, 2008, in violation of standard condition no. 9.

3. Failing to report contact with law enforcement within 72 hours, in violation of standard condition no. 11.

Defendant was advised in full as to those charges and as to her constitutional rights.

Defendant admitted alleged violation 3 and waived any evidentiary hearing as to whether it occurred. The government moved to dismiss violations 1 and 2. (Dkt.81.)

I therefore recommend the Court find defendant violated her supervised release as alleged in violation 3, that the Court dismiss violations 1 and 2 and that the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Coughenour.

/ / /

/ / /

/ / /

Pending a final determination by the Court, defendant has been released on the conditions of supervision.

DATED this 13th day of June, 2008.

Mary Alice Theiler
United States Magistrate Judge

cc: District Judge: Honorable John C. Coughenour
AUSA: Norman M. Barbosa
Defendant's attorney: Jennifer E. Horwitz
Probation officer: Jerrod Akins