# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> TIA MARIA TREVINO, ) <br> ) <br> Defendant. ) | Case No. CR03-516-JCC <br><br> **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on September 18, 2009. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Michael Dion, and defendant was represented by Jennifer E. Horwitz. Also present was U.S. Probation Officer Jerrod Akins. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on June 18, 2004 by the Honorable John C. Coughenour for Bank Fraud. She received 12 months and one day of imprisonment and 5 years of supervised release.

In a violation report dated May 16, 2008, Ms. Trevino violated the terms of her supervised release by committing the crime of theft, associating with a person engaged in criminal activity, and failing to report contact with law enforcement. The first two violations were dropped and

defendant admitted to failing to report to a law enforcement contact. On June 20, 2008, the Court modified defendant's conditions of supervised release to include the condition that she participate in the electronic home monitoring program for 180 days.

PRESENTLY ALLEGED VIOLATIONS

In a petition dated August 21, 2009, U.S. Probation Officer Jerrod Akins alleged that defendant violated the following conditions of supervised release:

1. Failing to report a change in residence to the U.S. Probation Office, in violation of standard condition 6.

2. Failing to report to the U.S. Probation Office as instructed on August 21, 2009, in violation of standard condition 2.

3. Failing to make payments towards her restitution, in violation of the special condition that restitution in the amount of $56,799.02 was due immediately or paid during the period of supervision in monthly installments.

In a subsequent petition dated August 24, 2009, U.S. Probation Officer Jerrod Akins alleged that defendant violated the following conditions of supervised release:

4. Consuming benzodiazepines on or before September 2, 2009, in violation of standard condition 7.

5. Consuming marijuana on or before September 2, 2009, in violation of standard condition 7.

6. Consuming cocaine on or before September 2, 2009, in violation of standard condition 7.

7. Associating with a convicted felon, Calvin Silva, without permission, in violation of standard condition 9.

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE- 2

## DEFENDANT'S ADMISSION OF THE VIOLATIONS

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing October 9, 2009 at 9:00 a.m. before District Judge John C. Coughenour.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 18th day of September, 2009.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE- 3